NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

BENJAMIN WOODHOUSE  CSB#261361
HAVENSIGHT CAPITAL LLC
#5 COMPANY ST.
CHRISTIANSTED, USVI 00820
805-478-1958

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAVENSIGHT CAPITAL LLC, A USVI LIMITED LIABILITY CORPORATION<br><br>PLAINTIFF(S),<br>V.<br>THE PEOPLES REPUBLIC OF CHINA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:15CV1206-DDP-FFMx<br><br>PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES_____, State of California, and not a party to the above-entitled cause. On FEBRUARY 20,_____, 20 15____, I served a true copy of SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF INTERESTED COPIES_____ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: MONTEREY PARK_____
Executed on 02/20_____, 20 15____ at MONTEREY PARK_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
*Signature*                                                              *Party Served*

CV-40 (01/00)        PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

# LIST OF NAME AND ADDRESS OF SERVICE

THE PEOPLE'S REPUBLIC OF CHINA

INTERNATION LEGAL COOPERATION CENTER (ILCC),

6, CHAOYANGMEN NADAJIE

CHAOYANG DISTRICT

BEIJING, P.C. 100020