## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Havensight Capital LLC | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:15-cv-01206-DDP-FFMx |
| v. | |
| The Peoples Republic of China et al | **NOTICE OF DEFICIENCY** |
| Defendant(s). | **DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of ___ The Peoples Republic of China (erroneously efiled as default "Judgment" as docket entries No. 15, 16 ...   (2nd and 3 Requests) _____ for the following reason(s)

◐Proof of Service is lacking required information;   Proof of service was made on Foreign Entity, Peoples Republic of China by serving a " John Doe" person in charge, at the Embassy in Washington DC and also by mail pursuant to Hague Convention.  (No formal Hague Convention proof of service).

◐. Request for Entry of Default judgment  has been forwarded to assigned Judge. . Filer had cited service pursuant to Hague Convention , but no formal Hague Convention paper work found.  Filer has refiled  request indicating clerk is error re prior deficiencies and that service was proper, Clerk is unable to determine proper service and in addition  clerk's are not authorized to determine service of Process on a Foreign Entity.

The Clerk cannot enter the requested **Default Judgment** against ___ The Peoples Republic of China _____  _____ (2nd and 3 Requests)   reviewed as for default judgment ___  for the following reason(s)

◐No Entry of Default on file

◐A declaration establishing the amount due must accompany the plaintiff's request for default judgment re $550 million

◐Amount sought is not for a sum certain or cannot be computed to a sum certain that a clerk is authorized to process. (No proposed default judgment submitted...figures from the supporting documents and as cited in the complaint).

◐Request for Entry of Default judgment  has been forwarded to assigned Judge, due to the pending resubmitted requests.

Date: 4/24/15                                                                                   By:   L Chai_____
                                                                                                                    Deputy Clerk