| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address):<br>BENJAMIN WOODHOUSE<br>#5 COMPANY STREET<br>CHRISTIASTED VI 00820 | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF UNITED STATES DIST.
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: CA
BRANCH NAME: UNITED STATES DISTRICT COURT

PLAINTIFF/PETITIONER: HAVENSIGHT CAPITAL LLC, USVI CORPORATION
DEFENDANT/RESPONDENT: THE PEOPLES REPUBLIC OF CHINA

CASE NUMBER: 2:15cv1206-DDP-FFMx

## PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:
   CIVIL COVER SHEET
   NOTICE OF INTRESTED PARTIES

3. a. Party served *(specify name of party as shown on the documents served)* :
   THE PEOPLES REPUBLIC OF CHINA

   b. [X] Person served (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party name in item 3a)*

4. Address where the party was served:
   3505 INTERNATIONAL PLACE N.W. WASHINGTON D.C. 200008

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:                     (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: 2/24/2015   at *(time)*: 2:16PM   I left the documents listed in item 2 with or in the presence of  *(name and title or relationship to the party named in item 3b)*:
   JOHN DOE, 40YRS, 5'6", 171LBS, M, A, BLK HAIR, person in charge of business over 18.
   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers .
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person I served. I informed him or her of the general nature of the papers .
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed documents on *(date)*: 02/24/15   from *(city)*: MONTEREY PARK, CA    or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

PP#: 5552

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 (Rev January 1, 2007)

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code Civil Procedure, § 4117.10

| | |
|---|---|
| PLAINTIFF/PETITIONER: ANDREW J. HAMP AP CORPORATION | CASE NUMBER: |
| DEFENDANT/RESPONDENT: THE PEOPLES REPUBLIC OF CHINA | 2:15cv1206-DDP-FFMx |

5. c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date)*:   (2) from *(city)*:

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

  d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☒ on behalf of (specify): THE PEOPLES REPUBLIC OF CHINA
      under the following Code of Civil Procedure Section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☒ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: ROBERT BRIGGS-SNODGRASS
   b. Address: INSTANT PROCESS SERVICE, 1200 WILLIAMS ST., MONTEREY PARK, CA 91754
   c. Telephone number: (626) 284-2418
   d. The fee for service was: $ 120.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server.
         (i) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County: LOS ANGELES 5326

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

Date: 2/25/2015

ROBERT BRIGGS-SNODGRASS
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

*(signature)*

PP#: 5552

POS-010 (Rev January 1, 2007)

**PROOF OF SERVICE OF SUMMONS**

Page 2 of 2