O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAVENSIGHT CAPITAL LLC, a USVI Limited Liability Corporation, | ) ) ) | Case No. CV 15-01206 DDP (FFMx) |
| | ) | **ORDER TO SHOW CAUSE WHY CASE** |
| Plaintiff, | ) ) ) | **SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION AND/OR IMPROPER VENUE** |
| v. | ) ) | |
| THE PEOPLE'S REPUBLIC OF CHINA, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff's Complaint asserts several causes of action against the People's Republic of China ("PRC"). PRC is a foreign state within the meaning of 28 U.S.C. § 1603. As a general matter, foreign states are immune from suit, 28 U.S.C. § 1604, except for certain exceptions defined at 28 U.S.C. § 1605. This Court has jurisdiction over suits against a foreign state only to the extent that some exception under § 1605 applies. 28 U.S.C. § 1330. The Court therefore orders Plaintiff to show cause why this suit should not be dismissed for lack of jurisdiction over the foreign state defendant.

1    Additionally, under 28 U.S.C. § 1391(f), the appropriate venue
2    for a civil action against a foreign state is:

3        (1) in any judicial district in which a substantial part of
4        the events or omissions giving rise to the claim occurred, or
5        a substantial part of property that is the subject of the
6        action is situated;

7        (2) in any judicial district in which the vessel or cargo of a
8        foreign state is situated, if the claim is asserted under
9        section 1605(b) of this title;

10       (3) in any judicial district in which the agency or
11       instrumentality is licensed to do business or is doing
12       business, if the action is brought against an agency or
13       instrumentality of a foreign state as defined in section
14       1603(b) of this title; or

15       (4) in the United States District Court for the District of
16       Columbia if the action is brought against a foreign state or
17       political subdivision thereof.

18   Plaintiff's complaint alleges that "[v]enue is proper pursuant to
19   28 U.S.C § 1603(b)," thus apparently invoking § 1391(f)(3).
20   (Compl. at 2.)  But § 1391(f)(3), as can be seen above, applies
21   only to actions brought against *an agency or instrumentality* of a
22   foreign state, not actions brought against a foreign state itself.
23   The Court therefore orders Plaintiff to show cause why this case
24   should not be dismissed for improper venue.
25   ///
26   ///
27   ///
28   ///

2

1    Plaintiff shall file a response no later than seven (7) days
2 from the date of this order.  Failure to respond may result in
3 dismissal of the complaint.
4
5
6 IT IS SO ORDERED.
7
8
9 Dated: April 27, 2015
10                                  DEAN D. PREGERSON
                                    United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28