NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

BENJAMIN WOODHOUSE CSB#261361
HAVENSIGHT CAPITAL LLC
#5 COMPANY ST.
CHRISTIANSTED, USVI 00820
805-478-1958

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HAVENSIGHT CAPITAL LLC, A USVI LIMITED LIABILITY CORPORATION

PLAINTIFF(S),

v.

THE PEOPLES REPUBLIC OF CHINA

DEFENDANT(S).

CASE NUMBER

2:15CV1206-DDP-FFMx

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES, State of California, and not a party to the above-entitled cause. On FEBRUARY 20, 20 15, I served a true copy of SUMMONS, COMPLAINT, CIVIL COVER SHEET, NOTICE OF INTERESTED COPIES by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: MONTEREY PARK
Executed on 02/20, 20 15 at MONTEREY PARK, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____   _____
Signature                    Party Served

CV-40 (01/00)            PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

## LIST OF NAME AND ADDRESS OF SERVICE

THE PEOPLE'S REPUBLIC OF CHINA

INTERNATION LEGAL COOPERATION CENTER (ILCC),

6, CHAOYANGMEN NADAJIE

CHAOYANG DISTRICT

BEIJING, P.C. 100020